IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE Y. SHAW,

     Plaintiff,                                   No. CIV S-10-3338 EFB

    vs.

MICHAEL J. ASTRUE,                              ORDER
Commissioner of Social Security,

     Defendant.
                                              /

       Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security denying applications for Disability Income Benefits and Supplemental Security Income under Titles II and XVI of the Social Security Act. Under the venue statute governing this action, plaintiff may obtain a review of any final decision of the Secretary made after a hearing to which the plaintiff was a party by commencing a civil action in the federal district court for the judicial district in which the claimant resides. 42 U.S.C. § 405(g). Plaintiff resides in Valley Spring, which is located in Calaveras County. Dckt. No. 1, ¶ 1. That county is part of the Fresno Division of the United States District Court for the Eastern District of California. *See* Local Rule 120(d).

       Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division

1

1  of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

2      Good cause appearing, IT IS HEREBY ORDERED that:

3      1.  This action is transferred to the United States District Court for the Eastern District of

4  California sitting in Fresno;

5      2.  The Clerk of Court shall assign a new case number; and

6      3.  All future filings shall bear the new case number and shall be filed at:

7      United States District Court
    Eastern District of California
8      2500 Tulare Street
    Fresno, CA 93721

9

DATED: December 16, 2010.

10

                        EDMUND F. BRENNAN
11                         UNITED STATES MAGISTRATE JUDGE