IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE Y. SHAW,<br><br>          Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:10-cv-02350 JLT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2) |

Monte Y. Shaw ("Plaintiff") filed his complaint on December 14, 2010, along with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2). On December 16, 2010, Plaintiff's case was transferred from the Sacramento Division to the Fresno Division of the United States District Court for the Eastern District of California. (Doc. 3).

**I.  Proceeding *in forma paueris***

The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed each application and has determined that each satisfies the requirements of 28 U.S.C. § 1915(a). Therefore, Plaintiff's Motion to Proceed In Forma Pauperis is **GRANTED**.

///

1

**II.   Pleading Standards**

General rules for pleading complaints are governed by the Federal Rules of Civil Procedure. However, the Local Rules of the United States District Court, Eastern District of California, supplement the Federal Rules.  Under Local Rule 206, the following information must be included in a complaint:

> (1) In actions involving claims for retirement, survivors, disability, health insurance and black lung benefits, the last four digits of the social security number of the worker on whose wage record the application for benefits was filed (who may or may not be the plaintiff); or
>
> (2) In actions involving claims for supplemental security income benefits, the last four digits of social security number of the plaintiff.

LR 206.  Plaintiff's complaint alleges that he seeks judicial review of an opinion whose caption states a claim for "Period of Disability, Disability Insurance Benefits and, Supplemental Security Income" but Plaintiff failed to include the information required by Local Rule 206.

Although Plaintiff's complaint was not filed in compliance with the Local Rules, the Court will not require Plaintiff to file of an amended complaint.  However, Plaintiff shall provide the last four digits of his social security number to Defendant within seven days of a request made by Defendant.

IT IS SO ORDERED.

Dated:   **December 21, 2010**                              /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE