IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE Y. SHAW,<br><br>            Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>            Defendant. | 1:10-cv-02350 JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 19) |

On February 22, 2012, the Court ordered Plaintiff Monte Shaw ("Plaintiff") to show cause why the action should not be dismissed, or in the alternative to file an opening brief within fourteen days of the date of service. (Doc. 19). Plaintiff filed a response on February 23, 2012, asserting the opening brief had not been filed due to a mistake in calendaring (Doc. 20), and Plaintiff filed an opening brief in the action on March 8, 2012 (Doc. 21).

Accordingly, **IT IS HEREBY ORDERED**: The Order to Show Cause dated February 22, 2012, is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **March 12, 2012**                              /s/ Jennifer L. Thurston
                                                                       UNITED STATES MAGISTRATE JUDGE