UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE Y. SHAW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:10-cv-02350 - JLT<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Doc. 23) |

On April 5, 2012, the parties filed a stipulation to allow Defendant an additional thirty days to file his opposition to Plaintiff's motion for summary judgment. (Doc. 23). The Scheduling Order allows a single, thirty-day extension by the stipulation of parties. (Doc. 4-1 at 4). Previously, the Court granted an extension for Plaintiff to serve Defendant with a confidential letter brief. (Doc. 17). A further request to modify the Scheduling Order "must be made by written motion and will be granted only for good cause." (Doc. 4-1 at 4).

Good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's request for an extension of time is **GRANTED**.

///

///

///

///

1

2. Defendant SHALL file an opposition to Plaintiff's motion for summary judgment on or before May 9, 2012.

IT IS SO ORDERED.

Dated:   **April 6, 2012**                              **/s/ Jennifer L. Thurston**
                                                              UNITED STATES MAGISTRATE JUDGE

2