1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

MONTE Y. SHAW,

              Plaintiff,

       v.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:10-cv-02350 - JLT

ORDER GRANTING EXTENSION OF TIME

(Doc. 27)

      The parties have stipulated through counsel to extend the period of time for Plaintiff to file a reply to Defendant's opposition.  (Doc. 27).  The Scheduling Order allows a single thirty-day extension by stipulation beyond which the parties must demonstrate good cause for further extension. (Doc. 7-1 at 4).  The Court finds the facts set forth in the parties' stipulation demonstrate good cause.

      Accordingly, **IT IS HEREBY ORDERED**:  Plaintiff is granted an extension of time until **May 11, 2012**, to file a brief in reply to Defendant's opposition.

IT IS SO ORDERED.

    Dated: __**April 26, 2012**__            _____**/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE