1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

11

MONTE Y. SHAW,                                          ) Case No.: 1:10-cv-02350 - JLT
                                                        )
12

            Plaintiff,                                  ) ORDER GRANTING EXTENSION OF TIME
                                                        )
13

      v.                                                ) (Doc. 27)
                                                        )
14

COMMISSIONER OF SOCIAL SECURITY,                        )
                                                        )
15

            Defendant.                                  )
                                                        )
16

17      The parties have stipulated through counsel to extend the period of time for Plaintiff to file a

18 reply to Defendant's opposition.  (Doc. 27).  The Scheduling Order allows a single thirty-day

19 extension by stipulation beyond which the parties must demonstrate good cause for further extension.

20 (Doc. 7-1 at 4).  The Court finds the facts set forth in the parties' stipulation demonstrate good cause.

21      Accordingly, **IT IS HEREBY ORDERED**:  Plaintiff is granted an extension of time until

22 **May 11, 2012**, to file a brief in reply to Defendant's opposition.

23

24

25 IT IS SO ORDERED.

26    Dated:   **April 26, 2012**                    **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE
27

28

1